**FILED**

JUL 11 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>        Plaintiff,                 )<br>                                   )<br>    vs.                            )<br>                                   )<br>CESAR ALEJANDRO VASQUEZ            )<br>ROJAS                              )<br>                                   )<br>        Defendant.                 )<br>_____) | No. 1:11-CR-185<br><br>ORDER OF RELEASE |

The above named defendant having been sentenced on July 8, 2011, to a period of less than time already served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow. This Order in no way addresses any potential or existing Immigration or Deportation issues.

DATED: July 11 2011

_____
HONORABLE LAWRENCE J. O'NEILL
U.S. DISTRICT JUDGE

1